# EXHIBIT A

## InfoPrint Solutions Company
## Customer Agreement



**RICOH | IBM**

InfoPrint Solutions Company

This InfoPrint Solutions Company Customer Agreement (called the "Agreement") governs transactions by which you purchase Machines, license ICA Programs, obtain Program licenses, and acquire Services from InfoPrint Solutions Company ("IPS").

This Agreement and its applicable Attachments and Transaction Documents are the complete agreement regarding these transactions, and replace any prior oral or written communications between us.

By signing below for our respective Enterprises, both of us agree to the terms of this Agreement without modification. Once signed, 1) any reproduction of this Agreement, an Attachment, or Transaction Document made by reliable means (for example, photocopy or facsimile) is considered an original and 2) all Products and Services ordered under this Agreement are subject to it.

*Agreed to:*
**One2One Communications**

By _____
           Authorized signature

Name (type or print): Richard A. Brammer

Date: Nov 12, 2008

Enterprise number: 7056297

Enterprise address:
401 S. Frontage Road
Bolingbrook, IL 60440

*Agreed to:*
**InfoPrint Solutions Company, LLC**

By _____
           Authorized signature

Name (type or print): MIKE BOSE

Date: 11/19/08

Agreement number: IPS101108

IPS address:
6300 Diagonal Highway
Boulder, CO 80301

| *After signing, please return a copy of this Agreement to the "IPS address" shown above.* |
| --- |

## IPS Customer Agreement
### Part 1 - General

### 1.1 Definitions

**Customer-set-up Machine** is an IPS Machine that you install according to IPS' instructions.

**Date of Installation** is the following:

1. for an IPS Machine that IPS is responsible for installing, the business day after the day IPS installs it or, if you defer installation, makes it available to you for subsequent installation by IPS;

2. for a Customer-set-up Machine and a non-IPS Machine, the second business day after the Machine's standard transit allowance period; and

3. for a Program --
   a. basic license, the later of the following:
      (i)    the day after its testing period ends; or
      (ii)   the second business day after the Program's standard transit allowance period,
   b. copy, the date (specified in a Transaction Document) on which IPS authorizes you to make a copy of the Program, and
   c. chargeable component, the date you distribute a copy of the chargeable component in support of your authorized use of the Program.

**Designated Machine** is either 1) the machine on which you will use an ICA Program for processing and which IPS requires you to identify to it by type/model and serial number, or 2) any machine on which you use the ICA Program if IPS does not require you to provide this identification.

**Enterprise** is any legal entity (such as a corporation) and the subsidiaries it owns by more than 50 percent. The term "Enterprise" applies only to the portion of the Enterprise located in the United States.

**ICA Program** is an IPS Program licensed under Part 4 of this Agreement.

**Licensed Internal Code** (called "LIC") is Machine Code used by certain Machines IPS specifies (called "Specific Machines").

**Machine** is a machine, its features, conversions, upgrades, elements, or accessories, or any combination of them. The term "Machine" includes an IPS Machine and any non-IPS Machine (including other equipment) that IPS may provide to you.

**Machine Code** is microcode, basic input/output system code (called "BIOS"), utility programs, device drivers, and diagnostics delivered with an IPS Machine.

**Materials** are literary works or other works of authorship (such as programs, program listings, programming tools, documentation, reports, drawings and similar works) that IPS may deliver to you as part of a Service. The term "Materials" does not include Programs, Machine Code, or LIC.

**Non-IPS Program** is a Program licensed under a separate third party license agreement.

**Other IPS Program** is an IPS Program licensed under a separate IPS license agreement, e.g., IPS International Program License Agreement.

**Product** is a Machine or a Program.

**Program** is the following, including the original and all whole or partial copies:
1. machine-readable instructions and data;
2. components;
3. audio-visual content (such as images, text, recordings, or pictures); and
4. related licensed materials.

The term "Program" includes any ICA Program, Other IPS Program, or Non-IPS Program that IPS may provide to you. The term does not include Machine Code, LIC, or Materials.

**Service** is performance of a task, provision of advice and counsel, assistance, support, or access to a resource (such as access to an information database) IPS makes available to you.

**Specifications** is a document that provides information specific to a Product. IPS provides an IPS Machine's Specifications in a document entitled "Official Published Specifications" and an ICA Program's Specifications in a document entitled "Licensed Program Specifications."

**Specified Operating Environment** is the Machines and programs with which an ICA Program is designed to operate, as described in the ICA Program's Specifications.

### 1.2 Agreement Structure

IPS provides additional terms for Products and Services in documents called "Attachments" and "Transaction Documents" which are also part of this Agreement. All transactions have one or more associated Transaction Documents (such as an invoice, supplement, schedule, exhibit, statement of work, change authorization, or addendum).

If there is a conflict among the terms in the various documents, those of an Attachment prevail over those of this Agreement. The terms of a Transaction Document prevail over those of both of these documents.

You accept the terms in Attachments and Transaction Documents by 1) signing them, 2) using the Product or Service, or allowing others to do so, or 3) making any payment for the Product or Service.

A Product or Service becomes subject to this Agreement when IPS accepts your order by 1) sending you a Transaction Document, 2) shipping the Machine or making the Program available to you, or 3) providing the Service.

**1.3  Delivery**

IPS will try to meet your delivery requirements for Products and Services you order, and will inform you of their status. Transportation charges, if applicable, will be specified in a Transaction Document.

**1.4  Charges and Payment**

The amount payable for a Product or Service will be based on one or more of the following types of charges: one-time, recurring, time and materials, or fixed price. Additional charges may apply (such as special handling or travel related expenses). IPS will inform you in advance whenever additional charges apply.

Recurring charges for a Product begin on its Date of Installation. Charges for Services are billed as IPS specifies which may be in advance, periodically during the performance of the Service, or after the Service is completed.

Services for which you prepay must be used within the applicable contract period. Unless IPS specifies otherwise, IPS does not give credits or refunds for unused prepaid Services.

**Charges**

One-time and recurring charges may be based on measurements of actual or authorized use (for example, number of users or processor size for Programs, meter readings for maintenance Services or connect time for network Services). You agree to provide actual usage data if IPS specifies. If you make changes to your environment that impact use charges (for example, change processor size or configuration for Programs), you agree to promptly notify IPS and pay any applicable charges. Recurring charges will be adjusted accordingly. Unless IPS agrees otherwise, IPS does not give credits or refunds for charges already due or paid. In the event that IPS changes the basis of measurement, its terms for changing charges will apply.

You receive the benefit of a decrease in charges for amounts which become due on or after the effective date of the decrease.

IPS may increase recurring charges for Products and Services, as well as labor rates and minimums for Services provided under this Agreement, by giving you three months' written notice. An increase applies on the first day of the invoice or charging period on or after the effective date IPS specifies in the notice.

IPS may increase one-time charges without notice. However, an increase to one-time charges does not apply to you if 1) IPS receives your order before the announcement date of the increase and 2) one of the following occurs within three months after IPS' receipt of your order:

1. IPS ships you the Machine or makes the Program available to you;
2. you make an authorized copy of a Program or distribute a chargeable component of a Program to another Machine; or
3. a Program's increased use charge becomes due.

**Payment**

Amounts are due upon receipt of invoice and payable as IPS specifies in a Transaction Document. You agree to pay accordingly, including any late payment fee.

If any authority imposes a duty, tax, levy, or fee, excluding those based on IPS' net income, upon any transaction under this Agreement, then you agree to pay that amount as specified in an invoice or supply exemption documentation. You are responsible for any personal property taxes for each Product from the date IPS ships it to you.

**1.5  Changes to the Agreement Terms**

In order to maintain flexibility in our business relationship, IPS may change the terms of this Agreement by giving you three months' written notice. However, these changes are not retroactive. They apply, as of the effective date IPS specifies in the notice, only to new orders, renewals, and on-going transactions that do not expire. For on-going transactions with a defined renewable contract period, you may request that IPS defer the change effective date until the end of the current contract period if 1) the change affects your current contract period and 2) you consider the change unfavorable. Changes to charges will be implemented as described in the Charges and Payment section above.

Otherwise, for a change to be valid, both of us must sign it. Additional or different terms in any written communication from you (such as an order) are void.

**1.6  IPS Business Partners**

IPS has signed agreements with certain organizations called "IPS Business Partners" or "InfoPrint Solution Partners" (hereinafter "IPS Business Partners") to promote, market, and support certain Products and Services. When you order IPS Products or Services (marketed to you by IPS Business Partners) under this Agreement, IPS confirms that it is responsible for providing the Products or Services to you under the warranties and other terms of this Agreement. IPS is not responsible for 1) the actions of IPS Business Partners, 2) any additional obligations they have to you, or 3) any products or services that they supply to you under their agreements.

**1.7    Patents and Copyrights**

For purposes of this section, the term "Product" includes Materials, Machine Code and LIC.

If a third party claims that a Product IPS provides to you infringes that party's patent or copyright, IPS will defend you against that claim at its expense and pay all costs, damages, and attorney's fees that a court finally awards or that are included in a settlement approved by IPS, provided that you:

1.    promptly notify IPS in writing of the claim; and
2.    allow IPS to control, and cooperate with IPS in, the defense and any related settlement negotiations.

**Remedies**

If such a claim is made or appears likely to be made, you agree to permit IPS to enable you to continue to use the Product, or to modify it, or replace it with one that is at least functionally equivalent.  If IPS determines that none of these alternatives is reasonably available, you agree to return the Product to IPS on its written request.  IPS will then give you a credit equal to:

1.    for a Machine, your net book value provided you have followed generally-accepted accounting principles;
2.    for an ICA Program, the amount paid by you or 12 months' charges (whichever is less); and
3.    for Materials, the amount you paid IPS for the creation of the Materials.

This is IPS' entire obligation to you regarding any claim of infringement.

**Claims for Which IPS is Not Responsible**

IPS  has no obligation regarding any claim based on any of the following:

1.    anything you provide which is incorporated into a Product or IPS' compliance with any designs, specifications, or instructions provided by you or by a third party on your behalf;
2.    your modification of a Product, or an ICA Program's use in other than its Specified Operating Environment;
3.    the combination, operation, or use of a Product with other products not provided by IPS as a system, or the combination, operation or use of a Product with any product, data, apparatus, or business method that IPS did not provide, or the distribution, operation or use of a Product for the benefit of a third party outside your Enterprise; or
4.    infringement by a non-IPS Product or an Other IPS Program alone.

**1.8    Limitation of Liability**

Circumstances may arise where, because of a default on IPS' part or other liability, you are entitled to recover damages from IPS.  In each such instance, regardless of the basis on which you are entitled to claim damages from IPS (including fundamental breach, negligence, misrepresentation, or other contract or tort claim), IPS is liable for no more than:

1.    payments referred to in  the Patents and Copyrights section above;
2.    damages for bodily injury (including death) and damage to real property and tangible personal property; and
3.    the amount of any other actual direct damages up to the greater of $100,000 or the charges (if recurring, 12 months' charges apply) for the Product or Service that is the subject of the claim.  For purposes of this item, the term "Product" includes Materials, Machine Code, and LIC.

This limit also applies to any of IPS' subcontractors and Program developers.  It is the maximum for which IPS and its subcontractors and Program developers are collectively responsible.

**Items for Which IPS is Not Liable**

Under no circumstances is IPS, its subcontractors, or Program developers liable for any of the following even if informed of their possibility:

1.    loss of, or damage to, data;
2.    special, incidental, or indirect damages or for any economic consequential damages; or
3.    lost profits, business, revenue, goodwill, or anticipated savings.

**1.9    General Principles of Our Relationship**

1.    Neither of us grants the other the right to use its (or any of its Enterprise's) trademarks, trade names, or other designations in any promotion or publication without prior written consent.
2.    All information exchanged is nonconfidential.  If either of us requires the exchange of confidential information, it will be made under a signed confidentiality agreement.
3.    Each of us is free to enter into similar agreements with others.
4.    Each of us grants the other only the licenses and rights specified.  No other licenses or rights (including licenses or rights under patents) are granted.
5.    Each of us may communicate with the other by electronic means and such communication is acceptable as a signed writing.  An identification code (called a "user ID") contained in an electronic document is sufficient to verify the sender's identity and the document's authenticity.
6.    Each of us will allow the other reasonable opportunity to comply before it claims that the other has not met its obligations.
7.    Neither of us will bring a legal action arising out of or related to this Agreement more than two years after the cause of action arose.
8.    Neither of us is responsible for failure to fulfill any obligations due to causes beyond its control.
9.    Neither of us may assign this Agreement, in whole or in part, without the prior written consent of the other.  Any attempt to do so is void.  Neither of us will unreasonably withhold such consent.  The assignment of this Agreement, in whole or in part, within the Enterprise of which either of us is a part or to a successor organization by merger or acquisition does not require the consent of the other.  IPS is also permitted to assign its rights to payments under

this Agreement without obtaining your consent. It is not considered an assignment for IPS to divest a portion of its business in a manner that similarly affects all of its customers.

10. You agree not to resell any Service without IPS' prior written consent. Any attempt to do so is void.

11. You agree that this Agreement will not create any right or cause of action for any third party, nor will IPS be responsible for any third party claims against you except as described in the Patents and Copyrights section above or as permitted by the Limitation of Liability section above for bodily injury (including death) or damage to real or tangible personal property for which IPS is legally liable.

12. You agree to acquire Machines with the intent to use them within your Enterprise and not for reselling, leasing, or transferring to a third party, unless either of the following applies:
    a. you are arranging lease-back financing for the Machines; or
    b. you purchase them without any discount or allowance, and do not remarket them in competition with IPS' authorized remarketers.

13. You agree to allow IPS to install mandatory engineering changes (such as those required for safety) on a Machine. Any parts IPS removes become IPS' property. You represent that you have the permission from the owner and any lien holders to transfer ownership and possession of removed parts to IPS.

14. You agree that you are responsible for the results obtained from the use of the Products and Services.

15. You agree to provide IPS with sufficient, free, and safe access to your facilities and systems for IPS to fulfill its obligations.

16. You agree to allow IPS and its subsidiaries to store and use your contact information, including names, phone numbers, and e-mail addresses, anywhere they do business. Such information will be processed and used in connection with our business relationship, and may be provided to contractors, Business Partners, and assignees of IPS and its subsidiaries for uses consistent with their collective business activities, including communicating with you (for example, for processing orders, for promotions, and for market research).

17. You agree to comply with all applicable export and import laws and regulations.

### 1.10 Agreement Termination

Either of us may terminate this Agreement on written notice to the other following the expiration or termination of the terminating party's obligations.

Either of us may terminate this Agreement if the other does not comply with any of its terms, provided the one who is not complying is given written notice and reasonable time to comply.

Any terms of this Agreement which by their nature extend beyond the Agreement termination remain in effect until fulfilled, and apply to both of our respective successors and assignees.

### 1.11 Geographic Scope and Governing Law

The rights, duties, and obligations of each of us are valid only in the United States except that all licenses are valid as specifically granted.

Both you and IPS consent to the application of the laws of the State of New York to govern, interpret, and enforce all of your and IPS' rights, duties, and obligations arising from, or relating in any manner to, the subject matter of this Agreement, without regard to conflict of law principles.

In the event that any provision of this Agreement is held to be invalid or unenforceable, the remaining provisions of this Agreement remain in full force and effect.

Nothing in this Agreement affects any statutory rights of consumers that cannot be waived or limited by contract.

## Part 2 - Warranties

### 2.1 The IPS Warranties

**Warranty for IPS Machines**

IPS warrants that each IPS Machine is free from defects in materials and workmanship and conforms to its Specifications.

The warranty period for a Machine is a specified, fixed period commencing on its Date of Installation. During the warranty period, IPS provides repair and exchange Service for the Machine, without charge, under the type of Service IPS designates for the Machine. If a Machine does not function as warranted during the warranty period and IPS is unable to either 1) make it do so or 2) replace it with one that is at least functionally equivalent, you may return it to IPS and your money will be refunded.

Additional terms regarding Service for Machines during and after the warranty period are contained in Part 5.

**Warranty for ICA Programs**

IPS warrants that each warranted ICA Program, when used in the Specified Operating Environment, will conform to its Specifications.

The warranty period for an ICA Program expires when its Program Services are no longer available. During the warranty period, IPS provides defect-related Program Services without charge. Program Services are available for a warranted ICA Program for at least one year following its general availability.

If an ICA Program does not function as warranted during the first year after you obtain your license and IPS is unable to make it do so, you may return the ICA Program and your money will be refunded. To be eligible, you must have ob-

tained your license while Program Services (regardless of the remaining duration) were available for it. Additional terms regarding Program Services are contained in Part 4.

**Warranty for IPS Services**

IPS warrants that it performs each IPS Service using reasonable care and skill and according to its current description (including any completion criteria) contained in this Agreement, an Attachment, or a Transaction Document.

**Warranty for Systems**

Where IPS provides Products to you as a system, IPS warrants that they are compatible and will operate with one another. This warranty is in addition to IPS' other applicable warranties.

**2.2 Extent of Warranty**

If a Machine is subject to federal or state consumer warranty laws, IPS' statement of limited warranty included with the Machine applies in place of these Machine warranties.

The warranties stated above will not apply to the extent that there has been misuse (including but not limited to use of any Machine capacity or capability, other than that authorized by IPS in writing), accident, modification, unsuitable physical or operating environment, operation in other than the Specified Operating Environment, improper maintenance by you, or failure caused by a product for which IPS is not responsible. With respect to Machines, the warranty is voided by removal or alteration of Machine or parts identification labels.

**THESE WARRANTIES ARE YOUR EXCLUSIVE WARRANTIES AND REPLACE ALL OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

**Items Not Covered by Warranty**

IPS does not warrant uninterrupted or error-free operation of a Product or Service or that IPS will correct all defects.

IPS will identify IPS Machines and ICA Programs that it does not warrant.

Unless IPS specifies otherwise, it provides Materials, non-IPS Products, and non-IPS Services **WITHOUT WARRANTIES OF ANY KIND**. However, non-IPS manufacturers, developers, suppliers, or publishers may provide their own warranties to you. Warranties, if any, for Other IPS Programs and Non-IPS Programs may be found in their license agreements.

**Part 3 - Machines**

**3.1 Production Status**

Each IPS Machine is manufactured from parts that may be new or used. In some cases, a Machine may not be new and may have been previously installed. Regardless, IPS' appropriate warranty terms apply.

**3.2 Title and Risk of Loss**

When IPS accepts your order, IPS agrees to sell you the Machine described in a Transaction Document. IPS transfers title to you or, if you choose, your lessor when IPS ships the Machine. However, IPS reserves a purchase money security interest in the Machine until IPS receives the amounts due. For a feature, conversion, or upgrade involving the removal of parts which become IPS' property, IPS reserves a security interest until IPS receives payment of all the amounts due and the removed parts. You authorize IPS to file appropriate documents to permit IPS to perfect its purchase money security interest.

For each Machine, IPS bears the risk of loss until it is delivered to you or your designated location. Thereafter, you assume the risk.

**3.3 Installation**

You agree to provide an environment meeting the specified requirements for the Machine.

IPS has standard installation procedures. IPS will successfully complete these procedures before it considers an IPS Machine (other than a Machine for which you defer installation or a Customer-set-up Machine) installed.

You are responsible for installing a Customer-set-up Machine and, unless IPS agrees otherwise, a non-IPS Machine.

**Machine Features, Conversions and Upgrades**

IPS sells features, conversions and upgrades for installation on Machines, and, in certain instances, only for installation on a designated, serial-numbered Machine. Many of these transactions involve the removal of parts and their return to IPS. As applicable, you represent that you have the permission from the owner and any lien holders to 1) install features, conversions, and upgrades and 2) transfer ownership and possession of removed parts (which become IPS' property) to IPS. You further represent that all removed parts are genuine, unaltered, and in good working order. A part that replaces a removed part will assume the warranty or maintenance Service status of the replaced part. You agree to allow IPS to install the feature, conversion, or upgrade within 30 days of its delivery. Otherwise, IPS may terminate the transaction and you must return the feature, conversion, or upgrade to IPS at your expense.

**3.4 Machine Code and LIC**

Machine Code is licensed under the terms of the agreement provided with the Machine Code. Machine Code is licensed only for use to enable a Machine to function in accordance with its Specifications and only for the capacity and capability for which you are authorized by IPS in writing and for which payment is received by IPS.

Certain Machines IPS specifies (called "Specific Machines") use LIC. IPS will identify Specific Machines in a Transaction Document. IPS, one of its subsidiaries, or a third party owns LIC including all copyrights in LIC and all copies of LIC (this includes the original LIC, copies of the original LIC, and copies made from copies). LIC is copyrighted and licensed (not sold). LIC is licensed under the terms of the agreement provided with the LIC. LIC is licensed only for use to enable a Machine to function in accordance with its Specifications and only for the capacity and capability for which you are authorized by IPS in writing and for which payment is received by IPS.

## Part 4 - ICA Programs

This section is deleted in its entirety.

## Part 5 - Services

### 5.1 Personnel

Each of us is responsible for the supervision, direction, control, and compensation of our respective personnel.

IPS reserves the right to determine the assignment of its personnel.

IPS may subcontract a Service, or any part of it, to subcontractors selected by IPS. IPS confirms that we are responsible for fulfilling our obligations if we subcontract our work.

### 5.2 Materials Ownership and License

IPS will specify Materials to be delivered to you. IPS will identify them as being "Type I Materials," "Type II Materials," or otherwise as we both agree. If not specified, Materials will be considered Type II Materials.

Type I Materials are those, created during the Service performance period, in which you will have all right, title, and interest (including ownership of copyright). IPS will retain one copy of the Materials. You grant IPS 1) an irrevocable, nonexclusive, worldwide, paid-up license to use, execute, reproduce, display, perform, distribute (internally and externally) copies of, and prepare derivative works based on, Type I Materials and 2) the right to authorize others to do any of the former.

Type II Materials are those, created during the Service performance period or otherwise (such as those that preexist the Service), in which IPS or third parties have all right, title, and interest (including ownership of copyright). IPS will deliver one copy of the specified Materials to you. IPS grants you an irrevocable, nonexclusive, worldwide, paid-up license to use, execute, reproduce, display, perform, and distribute, within your Enterprise only, copies of Type II Materials.

Each of us agrees to reproduce the copyright notice and any other legend of ownership on any copies made under the licenses granted in this section.

### 5.3 Service for Machines (during and after warranty)

IPS provides certain types of Service to keep Machines in, or restore them to, conformance with their Specifications. IPS will inform you of the available types of Service for a Machine. At its discretion, IPS will 1) either repair or exchange the failing Machine and 2) provide the Service either at your location or a service center.

When the type of Service requires that you deliver the failing Machine to IPS, you agree to ship it suitably packaged (prepaid unless IPS specifies otherwise) to a location IPS designates. After IPS has repaired or exchanged the Machine, IPS will return it to you at its expense unless IPS specifies otherwise. IPS is responsible for loss of, or damage to, your Machine while it is 1) in IPS' possession or 2) in transit in those cases where IPS is responsible for the transportation charges.

Any feature, conversion, or upgrade IPS services must be installed on a Machine which is 1) for certain Machines, the designated, serial-numbered Machine and 2) at an engineering-change level compatible with the feature, conversion, or upgrade.

IPS manages and installs selected engineering changes that apply to IPS Machines and may also perform preventive maintenance.

You agree to:
1. obtain authorization from the owner to have IPS service a Machine that you do not own; and
2. where applicable, before IPS provides Service --
   a. follow the problem determination, problem analysis, and service request procedures that IPS provides,
   b. secure all programs, data, and funds contained in a Machine, and
   c. inform IPS of changes in a Machine's location.

#### Replacements

When Service involves the exchange of a Machine or part, the item IPS replaces becomes its property and the replacement becomes yours. You represent that all removed items are genuine and unaltered. The replacement may not be new, but will be in good working order and at least functionally equivalent to the item replaced. The replacement assumes the warranty or maintenance Service status of the replaced item. Before IPS exchanges a Machine or part, you agree to remove all features, parts, options, alterations, and attachments not under IPS' service. You also agree to ensure that the item is free of any legal obligations or restrictions that prevent its exchange.

Some parts of IPS Machines are designated as Customer Replaceable Units (called, "CRUs"), e.g., keyboards, memory, or hard disk drives. IPS provides CRUs to you for replacement by you. You must return all defective CRUs to IPS

within 30 days of your receipt of the replacement CRU. You are responsible for downloading designated Machine Code and LIC updates from an IPS Internet Web site or from other electronic media, and following the instructions that IPS provides.

**Items Not Covered**

Repair and exchange Services do not cover:

1. accessories, supply items, and certain parts, such as batteries, frames, and covers;
2. Machines damaged by misuse, accident, modification, unsuitable physical or operating environment, or improper maintenance by you;
3. Machines with removed or altered Machine or parts identification labels;
4. failures caused by a product for which IPS is not responsible;
5. service of Machine alterations; or
6. Service of a Machine on which you are using capacity or capability, other than that authorized by IPS in writing.

**Warranty Service Upgrade**

For certain Machines, you may select a Service upgrade from the standard type of warranty Service for the Machine. IPS charges for the Service upgrade during the warranty period.

You may not terminate the Service upgrade or transfer it to another Machine during the warranty period. When the warranty period ends, the Machine will convert to maintenance Service at the same type of Service you selected for warranty Service upgrade.

5.4 **Maintenance Coverage**

Whenever you order maintenance Service for Machines, IPS will inform you of the date on which maintenance Service will begin. IPS may inspect the Machine within one month following that date. If the Machine is not in an acceptable condition for service, you may have IPS restore it for a charge. Alternatively, you may withdraw your request for maintenance Service. However, you will be charged for any maintenance Service which IPS has performed at your request.

5.5 **Automatic Service Renewal**

Renewable Services renew automatically for a same length contract period unless either of us provides written notification (at least one month prior to the end of the current contract period) to the other of its decision not to renew.

5.6 **Termination and Withdrawal of a Service**

Either of us may terminate a Service if the other does not meet its obligations concerning the Service.

You may terminate a Service, on notice to IPS provided you have met all minimum requirements and paid any adjustment charges specified in the applicable Attachments and Transaction Documents. For a maintenance Service, you may terminate without adjustment charge provided any of the following circumstances occur:

1. you permanently remove the eligible Product, for which the Service is provided, from productive use within your Enterprise;
2. the eligible location, for which the Service is provided, is no longer controlled by you (for example, because of sale or closing of the facility); or
3. the Machine has been under maintenance Service for at least six months and you give IPS one month's written notice prior to terminating the maintenance Service.

You agree to pay IPS for 1) all Services IPS provides and any Products and Materials IPS delivers through Service termination, 2) all expenses IPS incurs through Service termination, and 3) any charges IPS incurs in terminating the Service.

IPS may withdraw a Service or support for an eligible Product on three months' written notice to you. If IPS withdraws a Service for which you have prepaid and IPS has not yet fully provided it to you, IPS will give you a prorated refund.

Any terms which by their nature extend beyond termination or withdrawal remain in effect until fulfilled and apply to respective successors and assignees.