# EXHIBIT B

# InfoPrint Solutions Company Master
# Services Attachment for ServiceElite



**InfoPrint Solutions Company**

## 1. Scope of Services

InfoPrint Solutions Company will provide you Services as described in this Attachment and, if applicable, its Statements of Work and Change Authorizations to support your hardware and software products (called "Eligible Machines," "Eligible Programs," and together "Eligible Products"). Services are available for Eligible Products normally used for business, professional, or trade purposes, rather than personal, family, or household purposes.

InfoPrint Solutions Company will identify the Eligible Products, the Services that apply to them, and the Services transaction contract period in Schedules that reference this Attachment and any associated Statements of Work and Change Authorizations. Each Schedule will also identify the Specified Locations at which the Services will be provided. A Specified Location may be your entire information processing environment, or a portion thereof, which may be resident at multiple sites or a single building.

The Schedule shall be modified as follows: Under "Legends, 2 Type of Service, category B," add "4 hour response objective. This type of repair service includes a response objective and is not a guarantee.

The specific terms regarding Eligible Machine Services and Eligible Program Services contained in this Attachment and its Statements of Work and Change Authorizations apply only when you have contracted for an associated Eligible Machine maintenance Service or Eligible Program support Service as specified in a Schedule.

This 1) Attachment, 2) its applicable Transaction Documents (e.g., Statements of Work, Schedules, and Change Authorizations), and 3) the InfoPrint Solutions Company Customer Agreement (or an equivalent agreement in effect between us) identified below comprise the complete agreement regarding the Services described in this Attachment and its applicable Transaction Documents and replace any prior oral or written communications between Customer and InfoPrint Solutions Company. In entering into this Attachment, neither party is relying on any representation that is not specified in the Attachment or the documents specified in the preceding sentence, including without limitation any representations concerning: 1) estimated completion dates, hours, or fees to provide any Service; 2) the experiences or recommendations of other parties; or 3) results or savings Customer may achieve. Each party accepts the terms of this Attachment by signing this Attachment by hand or, where recognized by law, electronically.

As used in this Attachment, "you" and "your" refer to the transaction contracting entity that is part of the Enterprise identified below.

*Agreed to:*
**One2One Communications:**

By _____
Authorized signature

Name (type or print): Richard A. Brammer

Date: Nov 12, 2008

Enterprise number: 7056297

Enterprise address:
401 S. Frontage Road
Bolingbrook, IL 60440

*Agreed to:*
**InfoPrint Solutions Company, LLC**

By _____
Authorized signature

Name (type or print): MIKE BOSE

Date: 11/19/08

Attachment number:

Agreement number: IPS101108

InfoPrint Solutions Company address:
6300 Diagonal Highway
Boulder, CO 80301

## 2. Sales through InfoPrint Solutions Company and InfoPrint Solutions Company Business Partners

You may acquire Services through InfoPrint Solutions Company or an InfoPrint Solutions Company Business Partner, or their designee, authorized to resell InfoPrint Solutions Company Services. InfoPrint Solutions Company Business Partners establish the price and general business terms at which they market the InfoPrint Solutions Company Services to you and they will communicate these directly to you for all transactions they initiate with you. However, InfoPrint Solutions Company establishes the terms of each Service InfoPrint Solutions Company provides and our general business responsibilities associated with these Services. Therefore, InfoPrint Solutions Company will provide the Services as described in this Attachment and its associated Statements of Work and Change Authorizations (and their Schedules).

Whenever InfoPrint Solutions Company is required to provide notification to you or you are required to provide notification to InfoPrint Solutions Company, each of us also agrees to notify the applicable InfoPrint Solutions Company Business Partner if one is engaged in the transaction.

In the event that you have contracted through an InfoPrint Solutions Company Business Partner that is no longer able to offer InfoPrint Solutions Company Services for any reason, InfoPrint Solutions Company will so notify you in writing. You may continue to receive the Services by instructing InfoPrint Solutions Company (in writing) to transfer administration of the Services to either 1) another InfoPrint Solutions Company Business Partner of your choice (who may require you to first execute one of their agreements) that is approved to offer you InfoPrint Solutions Company Services, or 2) InfoPrint Solutions Company under a standard direct marketing relationship that enables InfoPrint Solutions Company to generate charges and invoicing.

InfoPrint Solutions Company is not responsible for 1) any actions of InfoPrint Solutions Company Business Partners or their designees, 2) any additional obligations they have to you, or 3) any products or services that they supply to you under their agreements.

## 3. InfoPrint Solutions Company Responsibilities

When you contract for an applicable Service, InfoPrint Solutions Company agrees to deliver the Service in accordance with the terms and responsibilities identified in the Service description set out in this Attachment or an associated Statement of Work or Change Authorization. For basic maintenance of InfoPrint Solutions Company Machines, the Service description is set out in our Agreement (referenced in the signature block above).

## 4. Your Responsibilities

When you contract for an applicable Service, you agree:
1. to provide InfoPrint Solutions Company with an inventory in which you identify all Eligible Products to be covered at each Specified Location and to notify InfoPrint Solutions Company whenever you wish to move, add, or delete Eligible Products at an existing Specified Location or set up new Specified Locations;
2. to return to InfoPrint Solutions Company all defective CRUs (from covered Eligible Machines) within 15 days of your receipt of the replacement CRU. A "CRU" is a Machine part which is designated as a Customer Replaceable Unit (e.g. keyboards, memory, or hard disk drives). InfoPrint Solutions Company provides CRUs to you for replacement by you;
3. that when the Service includes InfoPrint Solutions Company providing you with access to electronic diagnostic tools, information databases, or other Service delivery facilities, you will limit the use of these to only those who are authorized to use them under your control and only in support of Eligible Products and Services identified in Schedules;
4. to provide InfoPrint Solutions Company with information it requests which is related to its provision of the Services to you and to notify InfoPrint Solutions Company of any changes;
5. that you authorize InfoPrint Solutions Company and its subsidiaries (and their successors and assigns, contractors and InfoPrint Solutions Company Business Partners) to store and use your business contact information wherever they do business, in connection with InfoPrint Solutions Company products and services or in furtherance of InfoPrint Solutions Company's business relationship with you;
6. to pay any communications charges associated with accessing these Services unless InfoPrint Solutions Company specifies otherwise in writing; and
7. to use the information obtained under these Services only for the support of the information processing requirements within your Enterprise.
8. to securely erase from any Machine that you return to InfoPrint Solutions Company for any reason all programs not provided by InfoPrint Solutions Company with the Machine and data, including without limitation, the following: 1) information about identified or identifiable individuals or legal entities ("Personal Data") and 2) your confidential or proprietary information and other data. If removing or deleting Personal Data is not possible, you agree to transform such information (e.g., by making it anonymous or encrypting it) so that it no longer qualifies as Personal Data under applicable law. You also agree to remove all funds from Machines returned to InfoPrint Solutions Company. InfoPrint Solutions Company is not responsible for any funds, programs not provided by InfoPrint Solutions Company with the

Machine, or data contained in a Machine that you return to InfoPrint Solutions Company. You acknowledge that, to perform its responsibilities under this Agreement, InfoPrint Solutions Company may ship all or part of the Machine or its software to other InfoPrint Solutions Company or third party locations around the world, and you authorize InfoPrint Solutions Company to do so.

### 5. Automatic Inventory Increase for Machine and Software Maintenance Services

If specified as a selected option in the Schedule, InfoPrint Solutions Company will automatically increase the inventory count and associated maintenance Services at Specified Locations per the terms set out below.

#### OPTION #1 - MACHINE MAINTENANCE SERVICES

InfoPrint Solutions Company will automatically increase the inventory count and associated Machine maintenance Services whenever:

1. an Eligible InfoPrint Solutions Company Machine is added to the inventory. If the Machine is under warranty when added, maintenance Services will commence at warranty exit. If the Machine is not under warranty when added, maintenance Services will commence at the later of a) the date of installation or b) the previous yearly anniversary of the start of the transaction contract period. InfoPrint Solutions Company Machines specifically excluded from coverage at transaction contract period start will remain outside the scope of this Section unless you request InfoPrint Solutions Company add them during the transaction contract period. However, all Eligible InfoPrint Solutions Company Machines added to your inventory during the transaction contract period will be included in the inventory count and receive maintenance Services as set out in this Section.
2. an Eligible non-InfoPrint Solutions Company Machine, of the same type as other non-InfoPrint Solutions Company Machines already covered at that Specified Location, is added to the inventory. If the Machine is under warranty when added, maintenance Services will commence at warranty exit. If the Machine is not under warranty when added, maintenance Services will commence at the later of a) the date of installation or b) the previous yearly anniversary of the start of the transaction contract period.

The maintenance Services that apply for these Machines will be the same as that which you are receiving for all other Eligible Machines of the same type at the Specified Location.

Newly installed InfoPrint Solutions Company Machines of the same type for which you have already selected Warranty Service Upgrade will be added at date of actual installation and will be covered at the same Warranty Service Upgrade support level.

If at any time either of us requests a review of the inventory count, each of us will provide reasonable cooperation to the other in updating the last formal inventory.

#### OPTION #2 - SOFTWARE SERVICES

InfoPrint Solutions Company will automatically increase the inventory count and associated software maintenance Services whenever an Eligible Program licensed for use on an Eligible InfoPrint Solutions Company Machine is added to the inventory. The software maintenance Services that apply for these Programs will be the same as that which you are receiving for all other copies of the Program licensed for use on Eligible InfoPrint Solutions Company Machines of the same type at the Specified Location.

These software Services will commence immediately upon the addition of the Eligible Program to the inventory except that for software maintenance Services, a) if the Program is covered under the Agreement for Acquisition of Software Maintenance when added to the inventory, then software maintenance Services via ServiceElite will commence at the expiration date of that support period, or b) if the Program is not covered under the Agreement for Acquisition of Software Maintenance when added to the inventory, then software maintenance Services via ServiceElite will commence immediately and After License Fees may apply.

If at any time either of us requests a review of the inventory count, each of us will provide reasonable cooperation to the other in updating the last formal inventory.

### 6. Charges and Payment

**For sales through InfoPrint Solutions Company**, your charges are calculated taking into account your Service selections, price protection option, payment option, and for prepayments, length of the prepay period. You agree to pay by electronic funds transfer to an account provided by InfoPrint Solutions Company or other means as agreed by both of us.

**FOR EACH TRANSACTION PACKAGE YOU MAY SELECT ONE OF THE FOLLOWING 3 PRICE PROTECTION OPTIONS. YOUR SELECTION WILL BE SPECIFIED IN THE SCHEDULE ASSOCIATED WITH THAT TRANSACTION PACKAGE.**

**OPTION #1 - PRICE PROTECTION DURING EACH TRANSACTION CONTRACT YEAR ONLY**
InfoPrint Solutions Company may revise charges. However, any rate increase will not take effect until the next yearly anniversary of the start of the transaction contract period. At the start of each transaction contract year, you will be invoiced at the charge rates that are then in effect and that invoice will serve as your notice of charge rate changes.

All newly added Eligible Products and Services, as well as changes to existing Eligible Product configurations and Services, will assume the charge rate that applied for these at the previous yearly anniversary of the start of the transaction contract period. Eligible Products and Services that become generally available during the transaction contract period will be added at the charge rate that applied on their initial availability date.

**OPTION #2 - PRICE PROTECTION FOR ENTIRE TRANSACTION CONTRACT PERIOD, INCLUDES PROTECTION FOR NEWLY ADDED MACHINE TYPES**
For the entire transaction contract period, charges for included Eligible Product configurations and Services will not increase. All newly added Eligible Products and Services, as well as changes to existing Eligible Product configurations and Services, will assume the charge rate that applied for these at transaction contract period start. Eligible Products and Services that become generally available during the transaction contract period will be added at the charge rate that applied on their initial availability date. You will receive the benefit of a decrease in applicable charges for amounts which become due on or after the effective date of the decrease.

**OPTION #3 - PRICE PROTECTION FOR TRANSACTION CONTRACT PERIOD PREPAY**
Since you have selected to prepay for the entire transaction contract period, you will not be subject to increases in charges (during that period) for included Eligible Product configurations and Services. All newly added Eligible Products and Services, as well as changes to existing Eligible Product configurations and Services, will assume the charge rate that applied for these at transaction contract period start with adjustment for the reduced prepay period. Eligible Products and Services that become generally available during the transaction contract period will be added subject to the charge rate that applied on their initial availability date with adjustment for the reduced prepay period. If you elect to have these charge terms apply for charges during any renewal transaction contract period (as recalculated at the start of each renewal period), you must provide InfoPrint Solutions Company written notification (at least one month prior to the start of the renewal period) and prepayment for the entire renewal period. Otherwise, charges for the renewal period will revert to a quarterly billing cycle under the terms set out for Option #1 above.

**FOR EACH TRANSACTION PACKAGE, THE FOLLOWING CHARGE ADJUSTMENT TERMS APPLY.**

Total Services charges may be adjusted whenever:
1. a review of the inventory count indicates a change from the last accounting; or
2. a Specified Location, Eligible Machine type, or Service is added, deleted, or changed.

For all Service charges based on usage, upon InfoPrint Solutions Company's request you will immediately provide InfoPrint Solutions Company with the actual meter reading recording the actual usage.

**For sales through InfoPrint Solutions Company Business Partners,** your InfoPrint Solutions Company Business Partner sets the charges and terms governing charges. Your InfoPrint Solutions Company Business Partner may impose an additional charge for some actions, e.g., termination, or for InfoPrint Solutions Company's provision of some additional services, e.g., Service upgrades. These actions or additional services are identified in this Attachment and its associated Statements of Work and Change Authorizations with an asterisk ("*"). Where you see an asterisk, check with your InfoPrint Solutions Company Business Partner to determine if you will incur an additional charge or may be entitled to a credit or refund. You will make payment directly to your InfoPrint Solutions Company Business Partner.

InfoPrint Solutions Company may charge you directly for certain expenses InfoPrint Solutions Company incurs in performance of a Service for you (e.g. actual travel and living expenses, out-of-pocket expenses). InfoPrint Solutions Company will not incur these expenses without your prior approval.

## 7. Renewal and Termination

InfoPrint Solutions Company will automatically renew Services unless you or your InfoPrint Solutions Company Business Partner request otherwise. For each transaction the Schedule will specify the number of years (0 or greater) in the Renewal Contract Period. Whenever this number is greater than 0, InfoPrint Solutions Company will renew the applicable Services at the end of the transaction contract period for the number of years specified. Thereafter, InfoPrint Solutions Company will automatically renew the Services for same length periods unless you or your InfoPrint Solutions Company Business Partner notify InfoPrint Solutions Company in advance of your desire to change the length of the renewal. You, your InfoPrint Solutions Company Business Partner, or InfoPrint Solutions Company can select not to renew by providing written notification (at least one month prior to the end of the current transaction contract period) to the others of its

decision not to renew. Nonrenewal notification sent to you by InfoPrint Solutions Company or received by InfoPrint Solutions Company from either you or your InfoPrint Solutions Company Business Partner will result in InfoPrint Solutions Company ceasing to provide you the applicable Services at the end of the current transaction contract period.

In the case of renewals, charges are recalculated at the start of each renewal period. For sales through InfoPrint Solutions Company, the new charges will be based on the length of the Renewal Contract Period and then current charges associated with your contracted a) Services, b) price protection option, and c) payment option.

**One of the following termination provisions will apply based on the length of the transaction contract period specified in the Schedule.**

### PROVISION #1 - ONE YEAR TRANSACTION CONTRACT PERIOD

You may terminate Services for an Eligible Product, on notice to InfoPrint Solutions Company, if you permanently remove it from productive use within your Enterprise. Otherwise, Services must be under contract for at least one year. If you select automatic renewals, you may also terminate Services after the first full year of Service by providing InfoPrint Solutions Company one month's written notice prior to the end of your first year of Service. You will receive a credit for any remaining prepaid period associated with Services you terminate in accordance with this provision.* You may also terminate Services by providing InfoPrint Solutions Company one month's written notice, after the Services have been under contract for at least one year. You will receive a credit for any remaining prepaid period associated with Services you terminate in accordance with this provision.*

### PROVISION #2 - MULTI-YEAR TRANSACTION CONTRACT PERIOD

You have committed to continue Services for the entire transaction contract period. However, you may terminate Services for an Eligible Product, on notice to InfoPrint Solutions Company, if you permanently remove it from productive use within your Enterprise. Otherwise, if you choose to terminate Services and these are not being replaced by equivalent Services, you may do so by providing InfoPrint Solutions Company one month's written notice and paying an adjustment fee equal to (***) months' charges,* however the Services must have been under contract for at least one year upon termination.

**\*\*\* NUMBER OF MONTHS EQUAL TO NUMBER OF YEARS IN THE TRANSACTION CONTRACT PERIOD. FOR EXAMPLE, "3" MONTHS IF THE TRANSACTION CONTRACT PERIOD IS 3 YEARS.**

After allowing for applicable adjustments, you will receive a credit for any remaining prepaid period associated with Services you terminate in accordance with this provision.*

## 8. Services

### Warranty Service Upgrade

For certain Eligible Machines, you may select a Service upgrade from the standard type of warranty Service for the Machine. InfoPrint Solutions Company provides Service for Machines as described in our Agreement but charges for the upgrade in type of Service during the warranty period.

Certain InfoPrint Solutions Company Eligible Machine types with a same day on-site response-time objective may require the installation and use of remote connectivity tools and equipment for direct problem reporting, remote problem determination and resolution.

You may not terminate the Service upgrade or transfer it to another Machine during the warranty period. When the warranty period ends, the Machine will become part of your standard inventory count and will convert to maintenance Service at the same type of Service you selected for warranty Service upgrade.

### Maintenance of InfoPrint Solutions Company Machines

InfoPrint Solutions Company will provide Service for Machines, as described in our Agreement, for those Eligible InfoPrint Solutions Company Machines specified in the Schedule.

### Maintenance of Non-InfoPrint Solutions Company Machines

InfoPrint Solutions Company will provide Service for Machines, as described in our Agreement, for those Eligible non-InfoPrint Solutions Company Machines specified in the Schedule. Unless specified otherwise in the Schedule, Service is provided only for the manufacturer's base configuration for each covered Machine model. You are responsible for following the manufacturer's and InfoPrint Solutions Company's provided guidelines pertaining to operator responsibilities, maintenance procedures, and supplies prior to placing a Service request.

Repair of non-InfoPrint Solutions Company Machines is subject to the availability of repair parts and any technical support required of the original manufacturer. Repair parts will be functionally equivalent to those replaced. They may be new or used and may have been manufactured by other than the original manufacturer. You may request that InfoPrint Solutions Company use repair parts manufactured by the original manufacturer when these are available, but there may be an additional charge for these parts.*

InfoPrint Solutions Company's support does not cover:
1. Machine installation, engineering change activity, or preventive maintenance;
2. correction of date related errors. InfoPrint Solutions Company will make the final determination of whether a date related error is the source of the problem;
3. service of microcode or firmware;
4. service of features, parts, or devices not supplied by either a) the Machine's original manufacturer or b) InfoPrint Solutions Company during the performance of this Service;
5. service for accessories, supply items, and certain parts, such as batteries, frames, and covers;
6. service of a Machine damaged by misuse, accident, modification, unsuitable physical or operating environment, or improper maintenance by you;
7. service of a Machine with removed or altered Machine or parts identification labels;
8. failures caused by a product for which InfoPrint Solutions Company is not responsible; or
9. service of Machine alterations.

Upon written notice, InfoPrint Solutions Company may terminate coverage for an Eligible non-InfoPrint Solutions Company Machine due to lack of available repair parts or lack of original manufacturer technical support.

Eligible non-InfoPrint Solutions Company Machines must meet InfoPrint Solutions Company's safety and serviceability requirements. InfoPrint Solutions Company reserves the right to inspect a Machine within one month from the start of Service. If the Machine is not in an acceptable condition for Service, InfoPrint Solutions Company will notify you and terminate coverage.

You agree to provide InfoPrint Solutions Company one month's written notice prior to terminating coverage for a Machine being permanently removed from productive use within your Enterprise.